IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Housing Authority of the City of
Pittsburgh                                              :
                                                        :
                                                        :
                                                        :
               v.                                       :          No. 1200 C.D. 2022
                                                        :
Darlene Nash,                                           :
               Appellant                                :

**PER CURIAM**                          **O R D E R**


        NOW, January 22, 2024, having considered Appellee's application for

reargument, the application is DENIED.